UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
KIMBERLY BRITTON,                              :
                     Plaintiff,        :
                                    :        21 Civ. 9527 (LGS)
        -against-                         :
                                    :        <u>ORDER</u>
DEIGHTON CLEVE TAYLOR,           :
                    Defendants,   :
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

        WHEREAS, Defendant in this case filed a Petition in 22 Civ. 2714 pursuant to 46 U.S.C. §§ 30501 *et seq*., to limit liability from the September 3, 2021, incident on a 2017 Jeanneau sailboat (the "Incident");

        WHEREAS, the Order at Dkt. No. 5 in 22 Civ. 2714 stayed "all actions, suits and proceedings" related to the Incident.

        WHEREAS, Plaintiff seeks damages from injury from the Incident. It is hereby

        **ORDERED** that the case is stayed.

Dated: August 2, 2022
       New York, New York

                                                          LORNA G. SCHOFIELD
                                           UNITED STATES DISTRICT JUDGE